ERNST THALMANN et al., Respondents, *v.* CAPRON KNITTING COMPANY, Appellant.

*Thalmann v. Capron Knitting Co.*, 100 App. Div. 247, affirmed.
(Argued June 2, 1905; decided June 16, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 10, 1905, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint.

*Herbert C. Smyth* and *Mallard F. Tompkins* for appellant.

*Frederick B. Van Vorst* and *J. Markham Marshall* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.